**18 CRIM 850**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

     - v -                    :     NOTICE OF INTENT TO
                                       FILE AN INFORMATION

JOHN DOE,                         :

          Defendant.          :

- - - - - - - - - - - - - - - - x

       Please take notice that the government will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
       November 28, 2018

                                           ROBERT S. MUELLER, III
                                           Special Counsel

By: _____
    Jeannie S. Rhee
    Andrew D. Goldstein
    L. Rush Atkinson
    The Special Counsel's Office

AGREED AND CONSENTED TO:

By: _____
    Attorney for John Doe

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 28 2018