UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **18 CRIM 850** |
| v. | : | |
| MICHAEL COHEN, | : | 18 Cr. ____ |
| Defendant. | : | |

------------------------------- X

The above-named defendant, who is accused of violating 18 U.S.C. § 1001(a)(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ NOV 29 2018
```

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        November 29, 2018