# EXHIBIT 33

**S&W**

## SCHREIER & WACHSMAN, LLP
### ATTORNEYS AT LAW

240 MADISON AVENUE, 8TH FLOOR
NEW YORK, NEW YORK 10016
212-889-0686

DAVID M. SCHREIER
MAREA L. WACHSMAN

CAROLE L. GUTTERMAN, Ph.D., CURN
PROFESSOR
NURSE CONSULTANT

HOLLY H. WARD
PARALEGAL

BERLENY RODRIGUEZ
LEGAL ASSISTANT

September 14, 2018

The Honorable William H. Pauley III
United States District Judge
United States District Court,
 Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   Michael D. Cohen

Dear Judge Pauley:

I am a founding member and partner in the law firm of Schreier & Wachsman, LLP. I write this letter on behalf of my friend of over thirty-two (32) years, Michael D. Cohen.

By way of background, I am originally from Nevada and have been engaged in the active practice of law in the State of New York since 2001. I am the current President of the Women Trial Lawyers Caucus, Inc., and have been for the past three (3) years. I am the current Treasurer of the New York State Trial Lawyers Association ("NYSTLA"), Co-Chair of NYSTLA's Women's Caucus and its immediate past Parliamentarian. I am a past Vice-President of the Brooklyn Women's Bar Association and am currently on its Board of Directors. In addition, I am a Delegate to the Women's Bar Association of the State of New York ("WBASNY") and Co-Chair of WBASNY's Legislation Committee. I have also had the honor and pleasure of serving on several judicial screening panels for Justices of the New York State Courts including the New York Court of Appeals.



The Honorable William H. Pauley III
September 14, 2018
Page -2-

      Michael and I met during the 1985-1986 school year at The American University in Washington, D.C., while we were students. While Michael and I did not see each other after college, our friendship was rekindled in 2004. As if no time elapsed, we serendipitously arrived at the same place at the same time in New York City. I was reaching to open a door and someone standing behind me reached in front of me and opened the door for me. I looked up to find it was Michael holding the door with a big smile. He quickly said, "Hello, Marea!" I responded with an ear to ear smile, "Hello, Michael!" Shortly thereafter, we met for coffee to catch up. Since that day, fourteen (14) years ago, my husband and I have been friends with Michael and his wife, Laura. In that regard, we have gone to the theater together, visited each other at our respective homes, have repeatedly gone out socially and attended special family occasions.

      Michael is a warm, kind, thoughtful, helpful, dependable and funny person which is why when we "bumped" into one another again, I was delighted. I do not have many "life long" friends but am and have been elated to have him as one of mine. Michael has always been someone I could count on. No matter how busy he was with his law practice, his family, and other endeavors, he was never too busy to speak to me. He is always available to listen to a problem, to offer advice and even take the next step to help me and other attorneys seeking guidance. This quality is not just unique to me, as I know many other people who have had the same experience.

      As my activities in the bar associations referred to above became more frequent and more intense, Michael has always been supportive, proud, and thrilled to hear about the accomplishments we made and continue to make in helping to promote women's issues in society and in the law. Michael encouraged his own daughter to succeed and become a capable, tenacious and responsible young woman. I saw, first hand, Michael's devotion to his family and his children as he is determined to see them excel in school, participate in numerous extra curricular activities and give to their community.



I would like to share three brief stories which are indicative of Michael's character. Michael and his wife, Laura, encouraged their daughter to raise money for St. Jude's Children's Hospital. Michael tirelessly worked the phones, sent emails and text messages to his family, friends and business associates to help the charity and support his daughters efforts in raising money for this worthwhile charity. A substantial sum was raised and his daughter was named St. Jude's Hero of the Year for 2014! Michael did not look for credit, recognition, accolades, or an "atta boy!" He was thrilled the charity received the much needed funds and beamed with pride at his daughter's receipt of this incredible award.

The second example is that Michael assisted me with the laudable motive of helping to protect our community through the legislative activities in which I participate. In that regard, I called him to discuss legislative issues pertaining to the community's safety in their use of Uber as a transportation provider and Uber's failure to properly screen, train and regulate its drivers. Michael, when called upon, did not hesitate to help me understand so I could educate those I worked with on this issue.

The last example involves a personal injury matter my office was handling. I had been working on a case and came across some difficulties due to its corporate governance. Michael made himself available to me to answer my questions, point me in the right direction and assist me in achieving a successful resolution, without asking or expecting any renumeration for himself. As a result of Michael's help and guidance, I was able to obtain a successful result for my client. Michael asked for nothing in return. He was simply satisfied that his efforts helped me and my client achieve a fair and just result. This is a "normal" Michael attribute.



**S&W**

The Honorable William H. Pauley III
September 14, 2018
Page -4-


       Based upon all the foregoing, I humbly and respectfully submit that Michael deserves leniency from this Court so he can continue to help others, and be present to support his family. If the Court has any questions, I will make myself available, just as Michael has always made himself available to me.

                                      Respectfully submitted,

                                      Marea L. Wachsman

MLW/hhw
MLWP\MDC\J.Pauley.s14