# EXHIBIT 36



27 August 2018

To Whom It May Concern:

I have known Michael Cohen, his wife Laura, and their two children Samantha and Jake for over a decade. My wife and I consider them to be dear friends and I have high regard for Michael and his family.

In addition to serving together on the Board of Trustees of *Columbia Grammar and Preparatory School* for several years, we have also shared vacations, celebrations, and many dinners.

While he was a member of the *Columbia Grammar and Preparatory School* Board of Trustees, Michael worked tirelessly on the School's behalf. He co-chaired the annual School Benefit one year and he worked other years chairing the School's Benefit Auction. He volunteered his time on various CGPS Board committees wherever needed.

In the summer of 2015, Michael went above and beyond in helping CGPS. Our School was undergoing a massive renovation project – We had ordered floor-to-ceiling custom windows for several of the classrooms. Unfortunately, the manufacturer, who was located on the West Coast, ran into delays both in the production of the windows and in their delivery. Michael contacted the manufacturer and was successful in getting us an earlier delivery date. However, delivery plus installation would still put us in jeopardy of not opening on time for the new school year. Michael again stepped in – he organized a "cannon ball run" whereby drivers would meet drivers in designated spots across the country and proceed with no interruption to our School. With precision, thanks to Michael's orchestration, our mission was accomplished and CGPS was able to open its doors to its students on time for the new school year!

Michael is a person of integrity and a friend you can count on. He roots for everyone to succeed and always wants the best for those around him. Michael is a loyal and dedicated husband, father and friend.

Respectfully,

Andrew Zaro

AZ/aac