UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
        -against-                    :     18 Cr. 602 (WHP)
                                     :     18 Cr. 850 (WHP)
MICHAEL COHEN,                       :     ORDER
                        Defendant,   :
-------------------------------------------------------X

WILLIAM H. PAULEY III, Senior United States District Judge:

        The United States Attorney's Office for the Southern District of New York and the Special Counsel's Office at the U.S. Department of Justice are directed to hand deliver copies of their sentencing submissions to Chambers no later than 5:00 p.m. on Friday, December 7, 2018.

Dated: December 5, 2018
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.