**MEMO ENDORSED**

# MONICO & SPEVACK
### ATTORNEYS AT LAW

MICHAEL D. MONICO
BARRY A. SPEVACK
JACQUELINE S. JACOBSON
CARLY A. CHOCRON

20 SOUTH CLARK STREET
SUITE 700
CHICAGO, ILLINOIS 60603
(312) 782-8500
FAX (312) 759-2000

February 20, 2019

> Application granted. The defendant's voluntary surrender to a facility designated by the Bureau of Prisons is adjourned from March 6, 2019 to May 6, 2019.
>
> SO ORDERED:
>
> _/s/ William H. Pauley_
> WILLIAM H. PAULEY III
> U.S.D.J.
> February 20, 2019

The Honorable William H. Pauley III
United States District Judge
United States Courthouse
Courtroom 20B
500 Pearl Street
New York, NY 10007-1312

Re: <u>United States v. Michael Cohen, 18 CR 602 (WHP)</u>

Dear Judge Pauley:

    On December 12, 2018, Your Honor imposed a sentence on Mr. Cohen that included a three (3) year period of incarceration in the Bureau of Prisons. (R. 29, at 3). The Court set a reporting date of March 6, 2019. Mr. Cohen respectfully requests that the Court extend his reporting date from March 6, 2019 for sixty (60) days, to and including May 6, 2019. Defendant has submitted a more fulsome letter to the Court dated February 12, 2019 under seal.

    Defendant makes the request because he recently underwent a serious surgical procedure and he needs to undergo intensive post-surgical physical therapy and be monitored by his physician for recovery. We have spoken to counsel for the U.S. Attorney's Office for the Southern District of New York ("SDNY"). SDNY has stated that, in light of Mr. Cohen's medical condition, it does not object to a one-time 60-day extension of the proposed surrender date.

    Mr. Cohen also anticipates being called to testify before three (3) Congressional committees at the end of the month. Doing so will require Mr. Cohen to spend substantial time in preparation that will limit the time he has to get his affairs in order and spend time with his family, especially given such a short period between the anticipated hearings and the present reporting date.

# MONICO & SPEVACK
### ATTORNEYS AT LAW

The Honorable William H. Pauley III
February 20, 2019
Page 2 of 2

    Given Mr. Cohen's recent surgery and his health and recovery needs, at this time Defendant requests an extension of his reporting date for sixty (60) days, from March 6, 2019, to May 6, 2019.

Respectfully submitted,

*[signature]*

Michael D. Monico
Monico & Spevack

cc:    Michael Cohen
        AUSA Tom McKay
        AUSA Nicholas Roos