UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 18 Cr. 602 (WHP) |
| | | 18 Cr. 850 |
| MICHAEL COHEN | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court received Defendant's Motion to Reduce Sentence filed December 11, 2019.  The following schedule is established:

        1. The Government's response shall be submitted by December 20, 2019.

        2. The Defendant's reply shall be submitted by January 10, 2020.

Dated: New York, New York
       December 16, 2019

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.